**Order entered December 27, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01653-CV

**THOMAS ALLEN POWELL D/B/A ARCHITECTURE UNLIMITED AND J. KEITH WEBB, Appellants**

**V.**

**PENHOLLOW, INC., JOHN O. PENHOLLOW, AND YVONNE L. PENHOLLOW, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03464-2011**

## ORDER

We **GRANT** the court reporter's request for extension of time to file record and **ORDER**

the reporter's record filed no later than February 5, 2014.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE